**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| AMANDA ST. HILAIRE AND ABC 27 NEWS | : | No. 976 MAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| OFFICE OF OPEN RECORDS (PENNSYLVANIA DEPARTMENT OF CORRECTIONS) | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: PENNSYLVANIA DEPARTMENT OF CORRECTIONS | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht notes his dissent.